KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

JEFFREY R. FINIGAN (CSBN 168285)
Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California  94102
Telephone: (415) 436-7232
Facsimile: (415) 436-7234
Email: jeffrey.finigan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>RUSSELL JOHANSEN,<br><br>            Defendant. | Criminal No. CR 05-00438 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING MOTION TO SUPPRESS BRIEFING SCHEDULE**<br><br>Hearing:   November 16, 2005<br>Time:      2:30 a.m.<br>Court:     Hon. Maxine M. Chesney |

The above-captioned matter is set for hearing on the defendant's Motion to Suppress Evidence ("Motion") on November 13, 2005. The defendant is represented by James Pokorny and the government is represented by Jeffrey Finigan, Assistant United States Attorney. The government's opposition to the Motion is currently due to be filed on October 26, 2005, and the defendant's reply is due on November 2. Government counsel was unexpectedly assigned to a murder case on Monday, October 24, 2005, and has had to devote nearly 100% of his time to that

**STIPULATION AND PROPOSED ORDER**
**CR 05-00549 VRW**

1  matter and will be unable to complete the opposition in time for filing on October 26, 2005.
2  Based on the foregoing, the parties agree and stipulate that the government may have until
3  October 31, 2005 to file the opposition and the defendant may have until November 7, 2005 to
4  file the reply.  The parties also respectfully request that the hearing date remain November 16,
5  2005, as defense counsel has made travel arrangements to come from San Diego for the hearing.

8  DATED:     10/25/05                           /s/
                                          JAMES POKORNY
9                                         Counsel for Russell Johansen

11 DATED:     10/25/05                           /s/
                                          JEFFREY FINIGAN
12                                        Assistant U.S. Attorney

14 So ordered.

15 DATED:  October 26, 2005                _____
                                          MAXINE M. CHESNEY
                                          UNITED STATES DISTRICT COURT JUDGE

**STIPULATION AND PROPOSED ORDER**
**CR 05-00549 VRW**                    2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the office of the United States Attorney, Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned certifies that she caused copies of

**STIPULATION AND [PROPOSED] ORDER MODIFYING MOTION
TO SUPPRESS BRIEFING SCHEDULE**

in the case of **UNITED STATES V. RUSSELL JOHANSEN, CR 05-00438 MMC** to be served on the parties in this action, by placing a true copy thereof in a sealed envelope, addressed as follows which is the last known address:

**James Pokorny, ESQ
110 West "C" Street, Suite 1504
San Diego, CA 92101
Fax No: 619-239-8141**

\_\_\_\_ (By Personal Service), I caused such envelope to be delivered by hand to the person or offices of each addressee(s) above.

  X   (By Facsimile), I caused each such document to be sent by Facsimile to the person or offices of each addressee(s) above.

\_\_\_\_ (By Mail), I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at San Francisco, California.

\_\_\_\_ (By Fed Ex), I caused each such envelope to be delivered by FED EX to the address listed above.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:    October 25, 2005

/s/
RAWATY YIM
United States Attorney's Office

**STIPULATION AND PROPOSED ORDER
CR 05-00549 VRW**                    3