1  James F. Pokorny, Esq.
   POKORNY & ASSOCIATES
2  110 West "C" Street, Suite 1504
   San Diego, CA  92101
3  California State Bar No.: 75407
   619- 239-8142
4

5  Defendant **RUSSELL HARRISON JOHANSEN**

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA
                        (HON. MAXINE M. CHESNEY)
10

11

12 **UNITED STATES OF AMERICA,**          )   CASE NO.: CR 05-00438 MMC
                                          )
13         Plaintiff,                     )
                                          )   STIPULATION AND [PROPOSED]
   vs.                                    )   ORDER MODIFYING MOTION TO
14                                        )   SUPPRESS BRIEFING
                                          )   SCHEDULE
15 **RUSSELL HARRISON JOHANSEN,**         )
                                          )   DATE:   11/16/05
16         Defendant.                     )   TIME:   2:30PM
                                          )   COURT:  Hon. Maxine M. Chesney
17 _____)

18

19     IT IS HEREBY stipulated between the United States of America through its
20
   undersigned counsel, Jeffrey R. Finigan, Assistant United States Attorney, together with
21
   the defendant and his counsel, James F. Pokorny, that defense counsel may have a
22
   one day extension to file their reply to the government's opposition.
23

24     Currently the government had until October 31, 2005 to file their opposition and
25
   defense counsel had until November 7, 2005 to file their reply.  Due to the numerous
26
   issues raised by the government in its Response, defense counsel is requesting a one
27
   day extension to file their reply by November 8, 2005.
28

STIPULATION AND PROPOSED ORDER                                                          1

1  Respectfully submitted,

2  Dated: November 2, 2005
3
4  _____
   James F. Pokorny
5  Attorney for RUSSELL H. JOHANSEN
6
7
8  Dated: November 1, 2005
   _____
9  JEFFREY FINIGAN
   Assistant U.S. Attorney
10
11 So ordered.

12 Dated: November 3__, 2005
   _____
13 HON. MAXINE M. CHESNEY
   UNITED STATES DISTRICT COURT JUDGE
14

STIPULATION AND PROPOSED ORDER                                        2