**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-05-0438 MMC |
| Plaintiff, | **ORDER CONTINUING PRETRIAL CONFERENCE** |
| v. | |
| RUSSELL HARRISON JOHANSEN, | |
| Defendant / | |

Due to the Court's unavailability on January 31, 2006, the Pretrial Conference in the above-titled action is hereby CONTINUED to February 2, 2006 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: January 24, 2006

MAXINE M. CHESNEY
United States District Judge