IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>  v.<br><br>RUSSELL HARRISON JOHANSEN,<br><br>    Defendant                        / | No. CR-05-0438 MMC<br><br>**ORDER DIRECTING PLAINTIFF TO LODGE CHAMBERS COPIES IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS** |

    On January 24, 2006, plaintiff electronically filed a Trial Memorandum, a proposed Verdict Form, Proposed Questions for Jury Voire Dire, and a Witness List.  Plaintiff has violated General Order 45 and the Court's Standing Orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'"  See General Order 45 § VI.G; see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.[1]

    Plaintiff is hereby ORDERED to comply with General Order 45 and the Court's Standing Orders by immediately submitting a chambers copy of the above-referenced documents.  Plaintiff is hereby advised that if it fails in the future to comply with the Court's

---

[1] By contrast, plaintiff provided a chambers copy of its Exhibit List, also electronically filed on January 24, 2006, as well as a binder of its exhibits.

1  Standing Order to provide chambers copies of electronically-filed documents, the Court
2  may impose sanctions, including, but not limited to, striking from the record any
3  electronically-filed document of which a chambers copy has not been timely provided to the
4  Court.
5  **IT IS SO ORDERED.**
6
7  Dated:  January 26, 2006                              _____
                                                          MAXINE M. CHESNEY
8                                                        United States District Judge