1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  JEFFREY R. FINIGAN (CSBN 168285)
   Assistant United States Attorney
5

6     450 Golden Gate Avenue
      San Francisco, California  94102
7     Telephone: (415) 436-7232
      Facsimile: (415) 436-7234
8     Email: jeffrey.finigan@usdoj.gov

9  Attorneys for Plaintiff

10                        UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                          SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,          )    Criminal No. CR 05-00438 MMC
                                       )
15          Plaintiff,                 )
                                       )
16                                     )    **STIPULATION AND [~~PROPOSED~~]**
                                       )    **ORDER EXCLUDING TIME**
17                                     )
       v.                              )
18                                     )
                                       )
19  RUSSELL HARRISON JOHANSEN,         )
                                       )
20          Defendant.                 )
                                       )
21  _____ )

22          The above-captioned matter came before the Court on February 24, 2006, to set a status

23  hearing.  The defendant was represented by James Pokorny and the government was represented

24  by Jeffrey Finigan, Assistant United States Attorney.  The matter was set for status conference on

25  March 22, 2006, at 2:00 p.m.

26          The Court made a finding on the record that the time from and including February 24,

27  2006 through March 22, 2006, should be excluded under the Speedy Trial Act, 18 U.S.C.

28  § 3161(h)(8)(A), because the ends of justice served by taking such action outweighed the best

**TIME EXCLUSION STIPULATION**
**CR 05-00438 MMC**

1    interest of the public and the defendant in a speedy trial.  That finding was based on the need for

2    the defendant to have reasonable time necessary for effective preparation, taking into account the

3    exercise of due diligence, and for continuity of counsel pursuant to 18 U.S.C.

4    § 3161(h)(8)(B)(iv).

5          The parties hereby agree to and request that the case be continued until March 22, 2006

6    and that the exclusion of time until then be granted.  The parties agree and stipulate that the

7    additional time is appropriate and necessary under Title 18, United States Code, § 3161(h)(8)(A),

8    because the ends of justice served by this continuance outweigh the best interest of the public and

9    the defendant in a speedy trial.  This time exclusion will allow defense counsel to effectively

10   prepare, taking into account the exercise of due diligence, and will provide for continuity of

11   counsel for the defendant.

12

13

14   DATED: 2/27/06                          Respectfully submitted,

15                                           KEVIN V. RYAN
                                             United States Attorney

16

17

18   _____/s/_____
                                             JEFFREY R. FINIGAN
                                             Assistant United States Attorney

19

20

21   DATED: 2/28/06                          _____/s/_____

22                                           JAMES POKORNY
                                             Attorney for Defendant

23

24

25

26    Dated: March 2, 2006

27

28



**TIME EXCLUSION STIPULATION**
**CR 05-00438 MMC**                                    2